**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| S.J.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:24-cv-232 (MTT) |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff asks for attorney fees in the amount of $3,206.11.  Doc. 15.  The Commissioner does not oppose Plaintiff's request.  United States Magistrate Judge Charles H. Weigle recommends that the motion be granted.  Doc. 16.  There are no objections, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 16) is **ADOPTED** and made the Order of the Court.  Accordingly, Plaintiff is awarded attorney fees in the amount of $3,206.11.

**SO ORDERED**, this 3rd day of March, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT