IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SUSAN JULANE PRIEST,                              *

               Plaintiff,                  *

v.                                                          Case No.  5:24-cv-00232-MTT-CHW

                                           *

COMMISSIONER OF SOCIAL SECURITY,

                                           *

               Defendant.                  *

_____                   *

## **J U D G M E N T**

Pursuant to the Order of this Court filed March 3, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $3,206.11.

This 4th day of March, 2025.

                                  David W. Bunt, Clerk


                                  s/  Erin Pettigrew, Deputy Clerk